## Commonwealth *v.* Lawson, Appellant.

Submitted June 10, 1968. *Allan H. Lawson,* appellant, in propria persona; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remitted with instructions to grant petitioner's request, as an indigent, for production of a copy of the notes of testimony taken at the post-conviction hearing, and a copy of the court's opinion dismissing the post-conviction petition, in order to permit petitioner to prosecute an effective and adequate appeal. See *Griffin v. Illinois*, 351 U.S. 12 (1956); §12 of the Post Conviction Hearing Act of January 25, 1966, P. L. (1965) 1580 (19 PS §1180-12).